TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00122-CV







Financial Consultants Guild of America, Inc., Appellant



v.



State of Texas and the Texas Department of Insurance, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT


NO. 93-09800, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING







PER CURIAM



 Appellant has filed an uncontested motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: April 12, 1995

Do Not Publish